UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>INVICTA WATCH COMPANY OF AMERICA, INC.,<br><br>Defendant. | Case No. |

## NOTICE OF REMOVAL

TO:   United States District Court for the Eastern District of Pennsylvania:

**PLEASE TAKE NOTICE** that Defendant Invicta Watch Company of America, Inc., ("Invicta"), by and through their undersigned counsel, hereby removes this action from the Chester County Court of Common Pleas to this Court pursuant to 28 U.S.C. § 1331, 1367, 1441, and 1446. Copies of all documents received by Invicta in the State Court Action, which consists of Plaintiff's Complaint and is attached hereto as **Exhibit A**. In further support of this Notice of Removal, Invicta states as follows:

### RELEVANT FACTS

1.   Invicta is a defendant in the civil action entitled *Andrew Wilkins, on behalf of himself and all others similarly situated vs. Watch Company of America, Inc.,* Docket No. 2024-10004-TT pending in the Chester County Court of Common Pleas ("State Court Action").

2.   Plaintiff Andrew Wilkins ("Plaintiff") filed a Complaint on November 7, 2024, which was served on Invicta on December 9, 2024. ("Compl." Exhibit A).

3.   Plaintiff alleges claims against Invicta for violation of the Americans with

Unknown

Disabilities Act, 42 U.S.C. § 12181 *et seq.* (the "ADA") and for declaratory relief. *See* Compl. ¶ 1.

4. As of result of the alleged violations of federal law, Plaintiff demands judgement against Invicta, for actual damages, punitive damages, statutory damages, attorneys' fees, and costs, and injunctive relief. (Plaintiff's Complaint Prayer for Relief).

5. As of November 7, 2024, no other pleadings or papers have been filed with the State Court.

6. The United States District Court for the Eastern District of Pennsylvania embraces the place where the State Court Action is pending.

## TIMELINESS OF REMOVAL

1. The Complaint was served on Invicta on December 9, 2024. This Notice of Removal is therefore timely because it was filed within 30 days of service on Invicta.

## THE COURT HAS SUBJECT MATTER JURISDICTION

2. Removal is proper under 28 U.S.C. § 1331, because the Plaintiff alleges, *inter alia*, federal claims against Invicta under the ADA.

3. United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America such as the Federal Statutes.

4. Removal of such cases is governed by 28 U.S.C. §§ 1331 and 1441(a). Section 1331 states, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, Section 1441(a) states any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

5. Plaintiff's causes of action for alleged violation of the ADA "arises under" the laws

of the United States. *See* 28 U.S.C. § 1331; 15 U.S.C. § 1681, *et seq*. Therefore, this Court may properly exercise jurisdiction over this claim pursuant to 28 U.S.C. § 1331.

6. Pursuant to 28 U.S.C. § 1367, this Court may also exercise supplemental jurisdiction over any state law claims not governed by federal law.

## REMOVAL IS PROPER

7. This action is currently pending in the Chester County Court of Common Pleas and may be removed to the United States District Court for the Eastern District of Pennsylvania. Accordingly, this case is properly removable as the requirements for federal question jurisdiction are satisfied.

8. Invicta reserves all rights, claims, and defenses relative to the action filed by Plaintiff and expressly does not waive any defense available in filing this notice.

9. Pursuant to 28 U.S.C. § 1446(d), Invicta will promptly serve this Notice of Removal upon all parties and shall promptly serve a copy thereof upon the clerk of the Chester County Court of Common Pleas.

**WHEREFORE**, Defendants Invicta Watch Company of America, Inc., respectfully requests that the matter designated by the Complaint be removed to the United States District Court for the Eastern District of Pennsylvania, and proceed before this Court as an action properly removed.

Dated: January 2, 2025

HOLLAND & KNIGHT LLP

_____
Jonathan Marmo, Esq. (PA ID No. 312669)
1650 Market Street, Suite 3300
Philadelphia, PA  19103
Tel:  215.252.9600
Fax:  215.867.6070
E-mail: jonathan.marmo@hklaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with The Court's E-Filing Portal on January 2, 2025 which will notify all parties of record authorized to receive such filings. Additionally, a copy of same was sent, via overnight mail and email, to Plaintiff's counsel at the address of record:

Daniel Zemel, Esq.
dz@ZemelLawllc.com
400 Sylvan Ave.
Suite 200
Englewood Cliffs, New Jersey 07632
Tel: (862) 227-3106

*Attorneys for Plaintiff*

Jonathan Marmo