IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS,<br><br>   Plaintiff,<br><br>   v.<br><br>INVICTA WATCH COMPANY OF AMERICA, INC.,<br><br>   Defendant. | CIVIL ACTION<br><br>NO. 25-9-KSM |

## ORDER

**AND NOW**, this 14th day of July, 2025, upon consideration of Defendant's motion to dismiss (Doc. No. 15), Plaintiff's response (Doc. No. 16), and Defendant's reply (Doc. No. 19), and following oral argument on the motion (Doc. No. 20), it is **ORDERED** that Defendant's motion is **DENIED** for the reasons set forth in the accompanying memorandum.

**IT IS FURTHER ORDERED** as follows:

1. Defendant shall file a responsive pleading by **July 28, 2025**. *See* Fed. R. Civ. P. 12(a)(4).

2. Counsel shall participate in a settlement conference with Magistrate Judge Carol Sandra Moore Wells to be held via Zoom on **August 20, 2025, at 10:00 a.m.** The parties shall file an update as to the status of this case immediately after the settlement conference.

**IT IS SO ORDERED.**

                                                      */s/ Karen Spencer Marston*
                                                      KAREN SPENCER MARSTON, J.